JS–6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABACUC HERAS | CASE NO:<br>2:17–cv–06590–FMO–E |
| Plaintiff(s), | |
| v. | |
| D AND M , et al. | **ORDER DISMISSING ACTION WITHOUT PREJUDICE** |
| Defendant(s). | |

Having been advised by counsel that the above–entitled action has been settled, IT IS ORDERED that the above–captioned action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown within 30 **days from the filing date of this Order**, to re–open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

**IT IS SO ORDERED.**

DATED: December 7, 2017          /s/ *Fernando M. Olguin*
                                 Fernando M. Olguin
                                 United States District Judge